FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER HAMILTON CLEMENS,<br><br>        Defendant. | No. 2:20-CR-00142-TOR-1<br><br>ORDER GRANTING MOTION TO QUASH ARREST WARRANT AND ISSUE SUMMONS<br><br>**MOTION GRANTED**<br>    **(ECF No. 15)**<br><br>**CLERK'S ACTION REQUIRED** |

    Before the Court is Defendant's Unopposed Motion to Quash Arrest Warrant and issue a summons, **ECF No. 15**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

    After reviewing records and files the Court is fully informed and hereby grants the motion.

    **IT IS ORDERED** Defendant's Motion, **ECF No. 15,** is **GRANTED**. The Clerk of Court shall quash the arrest warrant and issue a summons for the Defendant to appear before the undersigned for an initial appearance on **October 30, 2020 at 1:30 p.m.** Defendant shall appear by video with his attorney at the Federal Defender's office.

    The Clerk of Court shall issue a summons to:

        Christopher Hamilton Clemens

        3289 Clemans Rd / PO Box 2025

        Clarkston, WA  99403

ORDER - 1

1   Failure to appear will result in a warrant for the Defendant's arrest.

2   **IT IS SO ORDERED.**

3   DATED October 28, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2