# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Clemens, Christopher Hamilton | Docket No. | 2:20CR00142-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Hamilton Clemens, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 30th day of October 2020, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Christopher Hamilton Clemens is alleged to have violated his conditions of pretrial release supervision by being charged with second degree custodial interference in Asotin County (Washington) District Court.

On November 3, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Clemens. Mr. Clemens acknowledged an understanding of the conditions, which included standard condition number 1.

The following narrative was gathered from Asotin County Sheriff's Office, incident number 21A03515.

On July 26, 2021, a deputy with the Asotin County Sheriff's Office was advised by dispatch of a custodial interference call at Mr. Clemens' residence. The complainant wanted telephone contact with the deputy.

The deputy contacted the complainant, Erin M. Clemens, by telephone. Ms. Clemens reported the father of her son, Christopher H. Clemens, allegedly told her he was not going to let her pick up their son on that date. Ms. Clemens advised there was a parenting plan in place and she and Mr. Clemens alternate their custodial time every other week from Monday at 10 a.m. to Monday at 10 a.m.

Subsequently, the deputy contacted Mr. Clemens and asked about the custodial issue. Mr. Clemens allegedly told the deputy he had their son last week and intended to keep him for another week. The deputy reportedly advised Mr. Clemens that since there is a parenting plan in place, they needed to follow the parenting plan. Mr. Clemens was allegedly told by the deputy that Ms. Clemens would be providing a copy of the parenting plan, and if it was her week to have their son and he did not comply with the court-ordered parenting plan, the prosecutor's office would be notified. Mr. Clemens reportedly stated this was a civil issue and he was keeping their son for another week to make up for lost time.

The deputy contacted Ms. Clemens again and advised her to pick up her child as normal. If she was unable to pick up her son, the deputy asked that Ms. Clemens bring a copy of the parenting plan to the sheriff's office. Shortly thereafter, Ms. Clemens arrived at the sheriff's office and provided the deputy with a copy of the parenting plan, as Mr. Clemens did not allow her to pick up their child.

Re: Clemens, Christopher Hamilton
August 12, 2021
Page 2

The deputy reviewed the parenting plan and noted the parties are to have alternating custody of their child, a week on then a week off, from Monday at 10 a.m. until the next Monday at 10 a.m. Based on the deputy's conversation with Mr. Clemens, it was determined that he was aware of the parenting plan, but allegedly chose not to follow it.

The incident report and copies of the parenting plan were sent to the prosecutor's office for review on charges.

Available court records indicate Mr. Clemens was formally charged in Asotin County District Court, case number P21-00038 APR CN, with second degree custodial interference. Mr. Clemens is scheduled to appear for an arraignment in Asotin County District Court on August 18, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2021

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 13, 2021
Date