PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

United States of America )
)
vs ) Case No. 2:20CR00142-TOR-1
)
Christopher Hamilton Clemens )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christopher Clemens, have discussed with Mark Hedge, U.S. Pretrial Services/Probation Officer, the modification of my release as follows:

Additional condition of release number 14 of Mr. Clemens release order dated October 30, 2020. (CM/ECF No.25): Defendant shall remain in the State of Washington or the State of Idaho while the case is pending. Defendant may travel outside this geographical area for employment purposes if pre-approved by U.S. Probation.

Based on Mr. Clemens' employment as a contractor and that he has frequent out of state travel for lengthy period of times, Mr. Clemens is requesting permission to move to the State of Pennsylvania for employment purposes.

The undersigned officer believes modifying condition of release number 14 to include living in the State of Pennsylvania could assist Mr. Clemens in his pretrial supervision. Therefore, the undersigned officer respectfully recommends the Court modify Mr. Clemens' release order to include the following verbiage:

Defendant shall remain in the State of Washington, State of Idaho or the State of Pennsylvania while the case is pending. Defendant may travel outside this geographical area for employment purposes if pre-approved by U.S. Probation.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
|---|---|---|---|
| Christopher Hamilton Clemens | 21 June 2022 | Mark Hedge | 6/21/22 |

RE: Christopher Hamilton Clemens
Page 2

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         6/22/2022
Signature of Defense Counsel              Date
Stephen Roberts

[X]    The above modification of conditions of release is ordered, to be effective on June 22, 2002

[ ]    The above modification of conditions of release is not ordered.

_____         June 22, 2022
Signature of Judicial Officer              Date

~~James A. Goeke, U.S. Magistrate Judge~~
Alexander C. Ekstrom, U.S. Magistrate Judge