PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.        Clemens, Christopher Hamilton        Docket No.        0980 2:20CR00142-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Courtney Hambel, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Hamilton Clemens, who was placed under pretrial release supervision by the Honorable Thomas O. Rice sitting in the Court at, Spokane Washington, on the 10th day of November 2021, under the following conditions:

**Standard Conditions #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal, state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Christopher Hamilton Clemens is alleged to have violated his conditions of pretrial release supervision by being charged with 1st degree custodial interference domestic violence in Asotin County, Washington.

On November 3, 2020, a U.S. probation officer reviewed the conditions of pretrial release supervision with Mr. Clemens. Mr. Clemens acknowledged an understanding of the conditions.

The following narrative was gathered from Asotin County Sheriff's Office, incident report number 22A03044.

On June 23, 2022, an Asotin County sheriff's deputy was assigned to a call for custodial interference. The officer spoke with the complainant, Erin Clemens, the defendant's ex-wife, by telephone. Erin Clemens sent the officer several emails to review regarding the current parenting plan that was ordered by the court on June 10, 2022.

Mr. Clemens relocated to Pittsburgh, Pennsylvania, and purchased a home in March 2022.  In April 2022, Mr. Clemens filed a notice of intent to move with the children. On June 10, 2022, the court found the notice was filed without the proper notice to Erin Clemens and denied the motion. The court also signed a new parenting plan that same day.  On June 7, 2022, Mr. Clemens took the child out of school early and advised Erin Clemens via email that he was leaving town that afternoon and flying back to Pittsburgh with the child. In the email, Mr. Clemens stated he intended to return the child in 2 weeks, per the old parenting plan.

It was requested by Erin Clemens' attorney that Mr. Clemens return the child by Monday, June 12, 2022, as the new parenting plan indicated.

On June 19, 2022, Mr. Clemens emailed Erin Clemens stating that he had been exposed to COVID and the child could not fly back until at least June 25, 2022.  However, the child was actively doing activities out in public.

Per the incident report filed by the Asotin County Sheriff's Office, Mr. Clemens is in violation of the signed order as of June 10, 2022, and charges were requested for 1st degree custodial interference.

On or around July 13, 2022, charges were filed in Asotin County Superior Court.

**PS-8**

**Re: Clemens, Christopher Hamilton**
**July 21, 2022**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:     July 21, 2022 |
| by | s/Courtney Hambel |
|  | Courtney Hambel<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

July 22, 2022

Date