# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. MᶜAVOY, CLERK

U.S.A. vs.          Clemens, Christopher Hamilton          Docket No.          0980 2:20CR00142-TOR-1

### Petition for Action on Conditions of Pretrial Diversion

COMES NOW  Mark E. Hedge, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Hamilton Clemens, who was placed under pretrial release supervision by the Honorable Thomas O. Rice sitting in the court at, Spokane, Washington, on the 10th day of November 2021 under the following conditions:

**Additional Conditions of Release #31:** Defendant is prohibited from applying for or bidding on any job or contract or entering any agreement, to which the United States is a party, without first disclosing such plans to the supervising United States Pretrial Services Officer, and obtaining the probation officer's approval. If Defendant is currently a part to any such contacts or agreement, he shall disclose the same to United States Probation. (ECF No.25)

**Term #1a:** Mr. Clemens will not contract or subcontract with any agency or department of the United States of America, nor will any company or entity owned or controlled by Mr. Clemens contract or subcontract with any agency or department of the United States of America. Mr. Clemens will immediately disclose any involvement, performance, proposed involvement, or proposed performance with any federal government contract or subcontract in any capacity to his supervising officer, and obtain express approval for any such performance or involvement. Mr. Clemens may complete any contracts currently in place that predate this Agreement. (ECF No. 87)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Christopher Hamilton Clemens is alleged to have violated the conditions of pretrial release supervision by developing business contracts or subcontracts with an agency or department of the United States of America.

On July 18, 2023, a special agent with the Department of Interior contacted the undersigned officer regarding Mr. Clemens. It was shared that Mr. Clemens has engaged in contracts with an agency or department of the United States of America, specifically the Federal Aviation Administration on or about March 31, 2023.

Mr. Clemens did not obtain approval or disclose his involvement with his supervising officer.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          07/19/2023

by          s/Mark E. Hedge

Mark E. Hedge
U.S. Pretrial Services Officer

PS-8

**Re: Clemens,, Christopher Hamilton**
**July 19, 2023**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.

[X]    Other:  A hearing is schedule for **9/27/2023 at 8:30 a.m.**
         before Judge Thomas O. Rice to address the alleged
         violations of the Pretrial Diversion Agreement.

Thomas O. Rice
United States District Judge

July 20, 2023

Date